UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60248-CR-ZLOCH/HUNT
18 U.S.C. § 875(c)

UNITED STATES OF AMERICA

vs.

CRAIG ALLEN JUNGWIRTH,

        Defendant.
_____/

FILED by DD D.C.
Sep 15, 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

On or about August 30, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**CRAIG ALLEN JUNGWIRTH,**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, that is, members of the Wilton Manors LBGT (Lesbian, Bisexual, Gay, and Transgender) community, in that the defendant stated,

> My events are selling out cause you faggots are total patsies. None of you deserve to live. If you losers thought the Pulse nightclub shooting was bad, wait till you see what I'm planning for Labor Day . . . You can never catch a genius from MIT and since you faggots aren't dying from AIDS anymore, I have a better solution to exterminate you losers . . . I'm gonna be killing you fags faster than cops kill niggers. It's time to clean up Wilton Manors from all you AIDS infested losers.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT U. S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CRAIG ALLEN JUNGWIRTH,

        **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ___ | No ___ |
| Number of New Defendants | | |
| Total number of counts | | |

**Court Division:** (Select One)

___ Miami     ___ Key West
_X_ FTL     ___ WPB     ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | X |
   | II | 6 to 10 days | ___ |
   | III | 11 to 20 days | ___ |
   | IV | 21 to 60 days | ___ |
   | V | 61 days and over | ___ |

   (Check only one)

   | | |
   |---|---|
   | Petty | ___ |
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | x |

6. Has this case been previously filed in this District Court? (Yes or No) ___
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes:
   Magistrate Case No. 16-6390-SNOW
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 09/3/2016
   Defendant(s) in state custody as of _____
   Rule 20 from the _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes    _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes    _x_ No

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 148369

*Penalty Sheet(s) attached                        REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Craig Allen Jungwirth

**Case No:** _____

Count #: 1

Interstate transmission of threatening communications

Title 18, United States Code, Section 875(c)

**\*Max. Penalty:** 5 years' imprisonment, 3 years' supervised release, $250,000 fine

Count #:

_____

_____

**\* Max. Penalty:** _____

Count #:

_____

_____

**\*Max. Penalty:** _____

Count #:

_____

_____

**\*Max. Penalty:** _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.