UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 16-60248-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG ALLEN JUNGWIRTH,

    Defendant.

_____/

## OMNIBUS ORDER

This matter is before this Court on Defendant's: (1) Motion for Bill of Particulars, ECF No. 18; (2) Rule 16(d)(1) Motion, ECF No. 19; (3) Motion to Strike the Government's Request for Notice of Alibi Defense, ECF No. 20; and (4) Notice of Request for Disclosures of Prior Convictions and 404(b) Evidence, ECF No. 16. All four motions were referred to the undersigned for disposition. ECF No. 24, 33. The undersigned has carefully reviewed the motions, the Government's responses, the entire case file, and applicable law, and is otherwise fully advised in the premises. Additionally, on November 7, 2016, the undersigned held a hearing on all four motions. This Order memorializes the undersigned's rulings on the motions at that hearing. ECF No. 31, 34. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant's Motion for Bill of Particulars, ECF No. 18, is GRANTED in part and DENIED in part. In his Motion, Defendant asks that the Government pinpoint the exact date, time, Internet location and physical location of the issuance of the alleged threat so that Defendant can investigate an alibi

defense. At the hearing, the Government provided the requested information with as much specificity as possible given the information the Government currently possesses. The undersigned cannot order the Government to provide what it does not have. If additional information related to this issue is later received by the Government, the Government shall provide that too, and shall do so immediately upon receipt.

2. Defendant's Rule 16(d)(1) Motion, ECF No. 19, is GRANTED. The Government agreed to, and shall, provide the specific information requested by Defendant (identifying which documents the Government intends to offer into evidence at trial) no later than the calendar call on November 10, 2016.[1]

3. Defendant's Motion to Strike the Government's Request for Notice of Alibi Defense, ECF No. 20, is GRANTED based upon the Government's concession.

4. Defendant's Notice of Request for Disclosures of Prior Convictions and 404(B) Evidence, ECF No. 16, is GRANTED within the scope of the Standing Discovery Order. However, the Government stated at the hearing that it does not intend to offer any prior convictions or 404(b) evidence at trial.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 7th day of November, 2016.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

---

[1] If the currently scheduled trial date is continued, the Government shall provide the information at least one week prior to the newly scheduled trial date. However, the Government is encouraged to turn over the information as soon as possible.

cc: The Honorable William J. Zloch

All Counsel of Record