UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60248-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CRAIG ALLEN JUNGWIRTH,

    Defendant.
_____/

**UNOPPOSED MOTION TO RELASE DEFENDANT ON A PERSONAL
SURETY BOND WITH ACCCOMPANING CONDITIONS**

    The defendant, through his undersigned counsel, pursuant to Federal Rule of Criminal Procedure 12(b)(1) and Title 18 United States Code section 3142, moves the Court for the issuance of an order releasing the defendant from federal custody on a $250,000.00 personal surety bond with all of the standard bond conditions and with the following special conditions: (1) house arrest at 833 Citrus Chase Drive, Orlando, Florida 32836 with electronic monitoring; and (2) the bond must be cosigned by the defendant's mother, Ms. Maryann Jungwirth. The grounds for this motion follow.

    The defendant stands accused of placing a single threat on his Facebook page on the Internet. [D.E#3]. The defendant is presently being held in federal custody on a previously agreed $250,000.00 corporate surety bond, with Nebbia conditions. [D.E.#7]. The defendant also has a hold from the State of Florida to face prosecution

for two separate misdemeanor matters, [D.E.#3], as well as a pending state driving with license suspended charge. The defendant is in a no bond status on the pending state matters.

The instant case is scheduled to begin trial on January 9th, 2017. [D.E.#37]. The defendant has been in custody since September 8th, 2016. [D.E.#3]. The government is in agreement with the defense that the defendant should be released from federal custody on a $250,000.00 personal surety bond with all of the standard bond conditions and with the following special conditions: (1) house arrest at 833 Citrus Chase Drive, Orlando, Florida 32836 with electronic monitoring; and (2) the bond must be cosigned by the defendant's mother, Ms. Maryann Jungwirth.  This agreement between the government and the defense does not resolve the state no hold status of the defendant; that will have to be resolved before the state court by state counsel.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   *s/ Michael D. Spivack*
Michael D. Spivack
Assistant Federal Public Defender
Florida Bar No. 508969
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: 954-356-7436
Fax: 954-356-7556
E-Mail: michael_spivack@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY certify that on <u>November 9, 2016</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*s/ Michael D. Spivack*</u>
Michael D. Spivack