UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60248-CR-ZLOCH

UNITED STATES OF AMERICA

v.

CRAIG ALLEN JUNGWIRTH

Defendant.
_______________________________________/

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above named defendant.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: ____________

HON. WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (Marc Anton, AUSA)
U.S. Marshal
Pretrial Services
Michael Spivack, AFPD, Counsel for Defendant